**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**FABRICE AKEUBA AGOWANJI** — **CIVIL CASE NO. 26-3783**

**VERSUS** — **JUDGE EDWARDS**

**MISTY MACKEY ET AL** — **MAGISTRATE JUDGE MCCLUSKY**

# ORDER

Having considered Petitioner's Motion for Temporary Restraining Order (R. Doc. 16),

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents are temporarily enjoined from removing Petitioner for fourteen (14) days.

**IT IS FURTHER ORDERED** that on or before October 15, 2026, Respondents shall file a response to the Motion (R. Doc. 16).

THUS DONE in Chambers on this 7th day of October, 2026.

Jerry Edwards, Jr.
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE